UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
HURLEY                                                          Docket Number 12CV6993 (DLC)
        -against-                                        NOTICE OF REASSIGNMENT
ZIMMER, INC., ET AL.
-------------------------------------------------------

      The above-entitled action is:

[X] Reassigned to the Hon. DENISE L. COTE (DLC)
    [] Designated / [X] Redesignated Hon. HENRY B. PITMAN (HBP), Magistrate Judge

[] Reassigned Referral to the Hon. (), Magistrate Judge

[] Reassigned Designation to the Hon. (), Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

                                                                       Ruby J. Krajick
                                                                       Clerk of Court

Dated: 12/21/2012                                        BY:        Philip Guarnieri
                                                                                             Deputy Clerk